# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Donaye-Contreras v. Mullin, et al. _____ Docket No.: 26-446 _______

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Leslie McKay

Firm: U.S. Department of Justice, Office of Immigration Litigation

Address: P.O. Box 878, Ben Franklin Station, Washington, DC 20044

Telephone: 202-353-4424 ________________________ Fax:

E-mail: Leslie.McKay@usdoj.gov

**Appearance for:** Markwayne Mullin, Todd Blanche, Thomas Feeley, Joseph Edlow, The GEO Group, Inc.
(party/designation)

**Select One:**

- [x] Substitute counsel (replacing lead counsel: Adam A. Khalil, Assistant U.S. Attorney )
(name/firm)

- [ ] Substitute counsel (replacing other counsel: _______ )
(name/firm)

- [ ] Additional counsel (co-counsel with: )
(name/firm)

- [ ] Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

- [x] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 07/13/21 OR

- [ ] I applied for admission on .

Signature of Counsel: s/ Leslie McKay

Type or Print Name: Leslie McKay