# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of September, two thousand twenty-six.

Before: Eunice C. Lee,
*Circuit Judge.*

---

Francisco Antonio Donaye-Contreras,

Petitioner - Appellant,

v.

Markwayne Mullin, in his Official Capacity, Secretary of Homeland Security, Todd Blanche, in his offical capacity, Acting United States Attorney General, Thomas Feeley, in his Official Capacity, Field Office Director for ICEs Enforcement and Removal Operations, Buffalo Federal Detention Facility, Batavia, New York, Joseph B. Edlow, Director of U.S. Citizenship and Immigration Services, The GEO Group, Inc, Acting Director of the Buffalo Federal Detention Facility, Batavia, New York,

Respondents - Appellees.

---

**ORDER**

Docket No. 26-446

The Government moves to dismiss this appeal or, in the alternative, to hold the appeal in abeyance pending the Supreme Court's decision on the petition for a writ of certiorari in *Barbosa da Cunha v. Rhoney*, No. 26-104.

IT IS HEREBY ORDERED that the request to hold the appeal in abeyance is GRANTED.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 09/15/2026